RIVERLAND CONSTRUCTION CO. v.
LOMBARDO CONTRACTING CO., INC.

February 15, 1978. Petition for certification granted. (See 154 *N. J. Super.* 42)

STATE OF NEW JERSEY v. LARRY JEFFREY.

February 15, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. RUSSELL LEIDY.

February 15, 1978. Petition for certification denied.

CENTRAL REGIONAL EDUCATION ASSOCIATION v. CENTRAL REGIONAL HIGH SCHOOL BOARD OF EDUCATION.

February 15, 1978. Motion to vacate order granting certification and to remand to commissioner of Education is granted. Jurisdiction is not retained. (See 75 *N. J.* 537)

COLLISION SPECALISTS, INC. v.
P. & L. GAS STATION, INC.

February 28, 1978. Petition for certification denied.